IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCES L. JOHNSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-09-0640 |
| | § |
| | § |
| OCWEN LOAN SERVICING, L.L.C. *et al.*, | § |
| | § |
| Defendants. | § |

**ORDER**

The motion filed by plaintiff's counsel, Steve M. Williard and the Williard Law Firm, L.P., to withdraw as counsel for plaintiff is granted. Steve Williard and the Williard Law Firm, L.P. are hereby withdrawn from the representation of Frances L. Johnson. The plaintiff will receive notice of all events in this suit at 1710 Lawrence Street, Houston, Texas 77008. The deadlines set in the June 26, 2009 Scheduling and Docket Control Order remain in place. If the plaintiff fails to comply with these deadlines, this action may be dismissed.

SIGNED on October 5, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge